IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-03374-AP**

**CELINA GUZMAN TORRES,**

    Plaintiff,

v.

**ERIC HOLDER, Attorney General of the United States,
RAND BEERS, Secretary for the Department of Homeland Security,
ALEJANDRO MAYORKAS, Director for United States Citizenship and Immigration Services,
THOMAS M. CIOPPA, Center Director for the Vermont CIS,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
UNITED STATES CITIZEN AND IMMIGRATION SERVICES,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

In light of the Stipulation for Dismissal (doc. #6), filed March 5, 2014, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and fees.

Dated: March 5, 2014

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT